AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



JUL 2 4 2017

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                           )    Case No. 3:17SW 155
**306 Newbridge Road, Apartment 111** )
**Richmond, Virginia 23223** )
                                                           )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
**See Attachment A**

located in the    **Eastern**    District of    **Virginia**   , there is now concealed *(identify the person or describe the property to be seized)*:
**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
    ☑ evidence of a crime;
    ☑ contraband, fruits of crime, or other items illegally possessed;
    ☑ property designed for use, intended for use, or used in committing a crime;
    ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 18 USC Section 2 | Distribute and possess with intent to distribute controlled substances and aiding and abetting |

The application is based on these facts:
**See attached Affidavit**

    ☑ Continued on the attached sheet.
    ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DEA Task Force Officer D. S. Philips
*Printed name and title*

Sworn to me and signed in my presence.

Date: July 24, 2017

City and state: Richmond, Virginia

/S/
David J. Novak
United States Magistrate Judge
*Judge's signature*

_____
*Printed name and title*

# AFFIDAVIT

This affiant, D. S. Philips, a Task Force Officer with the Richmond, Virginia, District Office of the Drug Enforcement Administration (DEA), Department of Justice, being duly sworn, states as follows:

1. I am a Task Force Officer for the Drug Enforcement Administration (DEA) and have been so assigned since April of 2017. I am currently a narcotics detective for the City of Richmond Police Department (RPD) and have been so since 2006. I have also served as a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in the past. I have been a police officer for the City of Richmond, Virginia Police Department ("RPD") for over fifteen years. Through my employment with RPD and assignments to DEA and ATF, I have received specialized training in the area of narcotics trafficking, drug recognition, and telephonic exploitation of drug organizations. My formal training includes numerous classes and training involving narcotics distribution and searches and seizures of controlled substances, including the 40-hour Top Gun Training at the Marshall-Wythe School of Law and the College of William and Mary.

2. During my employment with RPD, I have testified in court as a fact witness and have been certified as an expert witness in the field of narcotics in the City of Richmond Circuit Courts and have testified on behalf of the Commonwealth on multiple occasions.

3. During my employment with RPD, I have written over 250 affidavits for search warrants. Many of the searches pursuant to these warrants lead to the prosecution and conviction in state and federal courts of individuals involved in illegal drug trafficking. I have been involved in the arrests of over 500 individuals on illegal drug related crimes, including drug trafficking conspiracies, narcotics distribution and possession with intent to distribute, and simple possession of illegal narcotics. Through these arrests and interviews of many of these individuals, as well as through participation in over one thousand narcotics related operations, I have become knowledgeable in the area of illegal drug trafficking, particularly in and around the Richmond, Virginia metropolitan area. Additionally, I have conducted

1

hundreds of hours of surveillance of illegal drug traffickers, have utilized numerous confidential cooperating individuals, and various law enforcement databases to conduct numerous controlled purchases of illegal drugs, obtain and execute numerous search warrants, and make numerous arrests, including investigations, searches and arrests involving the unlawful possession, possession with the intent to distribute, distribution and illegal importation of controlled substances, and their associated conspiracies in violation of Title 21, United States Code, Section 841 and 846.

4. This affiant presents this affidavit in support of a search warrant for:

**3918 Elberon Court, Apartment D, Richmond, Virginia,** described as a single family apartment located in the Essex Village apartment complex. The residence is located in a multi-apartment building that is a wood framed, white in color building, with the numbers "3918" clearly posted on the side of the building, and the letter "D" clearly posted on the door to the residence; and

**306 Newbridge Road, Apartment 111, Richmond, Virginia,** described as a single family apartment located in the Newbridge Apartment complex. The residence is located in a multi-apartment building that is yellow in color, with the numbers "306" clearly posted on the front of the building, and the numbers "111" clearly posted on the door to the residence.

5. Through training and experience, this affiant knows that drug traffickers commonly keep in their residences, items that constitute evidence of the commission of a criminal offense, contraband, the fruits of crime and things otherwise criminally possessed, and property designed and intended for use, which is used and has been used as the means of committing a criminal offense, including controlled substances, papers and documents related to the ordering, purchasing and distributing of controlled substances; firearms; photographs; addresses and telephone books; electronic storage devices; safes or lock-boxes; paraphernalia for packaging, cutting and distributing controlled substances; cellular telephones; and indicia of occupancy, residency and ownership of property. All of the above being proceeds, instrumentalities and evidence of violations of Title 21, United States

Code, Sections 846 and 841(a)(1), that is the conspiracy to distribute and distribution and possession with the intent to distribute controlled substances.

6. Along with other law enforcement officers, this affiant is currently participating in an investigation of a cocaine base (commonly known as "crack") trafficker identified as Parrish WILLIAMS. Information and intelligence provided during the course of this investigation by a Confidential Source, herein referred to as CS, has been proven reliable and has been verified by independent police investigation, physical surveillance, and electronic surveillance. The CS is familiar with the weights, prices, and appearance of cocaine and cocaine base, a Schedule II controlled substances. This CS is a defendant source, assisting the government in this investigation, meaning this CS currently has pending state felony drug charges and is assisting with this investigation in an attempt to receive consideration pertaining to the CS's own sentencing exposure. At the direction and under the supervision of law enforcement, this CS has made multiple controlled narcotics purchases from the intended target of this investigation, Parrish WILLIAMS, and another identified co-conspirator. This affidavit is not intended to include each and every fact and matter known to the government.

7. On April 28, 2017, Richmond Police Department Officer Gaines and Officer Hyde utilized the CS to arrange and conduct a controlled purchase of a significant quantity cocaine base in exchange for $650.00 in United States currency from Parrish WILLIAMS. Prior to the controlled purchase of cocaine base, the CS made contact with Parrish WILLIAMS on Parrish WILLIAMS' identified cellular phone number (804) 721-61xx. WILLIAMS instructed the CS to meet in the 3900 block of Elberon Court, Richmond, Virginia. This phone call was recorded by Officer Gaines and Officer Hyde. The CS was provided with pre-recorded official police funds to conduct the controlled purchase of the agreed upon quantity of cocaine base from Parrish WILLIAMS. The CS went directly to the 3900 block of Elberon Court and met with Parrish WILLIAMS, who distributed the agreed upon quantity of cocaine base to the CS in exchange for pre-recorded official police funds. The CS subsequently relinquished the purchased cocaine base to Officer Gaines and Officer Hyde.

8. On May 8, 2017, this affiant conducted a criminal history check of Parrish WILLIAMS and found that Parrish WILLIAMS has a listed address of 710 E. 18th Street, Richmond, Virginia, and that Parrish WILLIAMS is currently on active federal probation. Parrish WILLIAMS served 60 months in federal prison beginning in 2009 for firearm and heroin related crimes based on this affiant's arrest of WILLIAMS on 01-04-2008. During this arrest, WILLIAMS was in possession of a shotgun and a large quantity of heroin. The identified co-conspirator was also present at the time of Parrish WILLIAMS's arrest, and had two vehicles registered in her name, that were both utilized by Parrish WILLIAMS during the course of that investigation.

9. On May 12, 2017, in the presence of Officer Gaines, this affiant showed the CS a photograph of Parrish WILLIAMS which had no written identifiers. The CS confirmed that the individual in the photograph was in fact Parrish WILLIAMS.

10. On May 12, 2017, this affiant and Officer Gaines utilized the CS to arrange and conduct a controlled purchase of a significant quantity cocaine base in exchange for $650.00 in United States currency from Parrish WILLIAMS. Prior to the controlled purchase of cocaine base, the CS made contact with Parrish WILLIAMS on Parrish WILLIAMS' cellular phone number (804) 721-61xx, and instructed the CS to meet the identified co-conspirator in the 3900 block of Elberon Court, Richmond, Virginia. This phone call was recorded by this affiant. The CS was provided with pre-recorded official police funds to conduct the controlled purchase of the agreed upon quantity of cocaine base from Parrish WILLIAMS through the identified co-conspirator. The CS went directly to the 3900 block of Elberon Court and met with the co-conspirator, who distributed the agreed upon quantity of cocaine base to the CS in exchange for pre-recorded official police funds. The CS subsequently relinquished the purchased cocaine base to this affiant. During the controlled cocaine base purchase, law enforcement personnel conducting surveillance observed PARRISH WILLIAMS's co-conspirator arrive in the 3900 block of Elberon Court in a brown Hyundai Sonata bearing Virginia tags VTX-68xx. The co-conspirator then entered and exited the residence located at 3918 Elberon Court, Apartment D, and subsequently distributed the agreed upon quantity of cocaine base to the CS in exchange for United States currency. The

CS brought the purchased cocaine base back to law enforcement after the transaction was completed. Prior to and after the transaction, the CS was searched by law enforcement for currency and contraband with negative results.

11. On May 12, 2017, in the presence of Officer Gaines, this affiant showed the CS a photograph of the co-conspirator, which had no written identifiers. The CS confirmed that the individual in the photograph was in fact the same person who had sold the CS cocaine base that day.

12. On May 12, 2017, this affiant found that the brown Hyundai Sonata bearing Virginia tags VTX-68xx, and driven by WILLIAMS's identified co-conspirator was registered through the Department of Motor Vehicles to the co-conspirator, with a customer address of 3918 Elberon Court, Apartment D, Richmond, Virginia.

13. On May 15, 2017, this affiant received subscriber information from AT&T. According to AT&T records, telephone number (804) 721-61xx is subscribed to Parrish WILLIAMS, 3918 Elberon Court, Apartment D, Richmond, VA 23222.

14. On May 16, 2017, Henrico County Police Department (HPD) Detective Clint Hoover found that the identified co-conspirator of Parrish WILLIAMS is listed as the sole tenant of the residence located at 3918 Elberon Court, Apartment D, Richmond, Virginia. Detective Hoover subsequently relayed this to this affiant.

15. On 06-01-2017, this affiant and Officer Gaines utilized the CS to arrange and conduct a controlled purchase of a significant quantity cocaine base in exchange for $1,300.00 in United States currency from Parrish WILLIAMS. Prior to the controlled purchase of cocaine base, the CS made contact with Parrish WILLIAMS on Parrish WILLIAMS' cellular phone number (804) 721-61xx. WILLIAMS instructed the CS to meet in the 3900 block of Elberon Court, Richmond, Virginia. This phone call was recorded by this affiant. The CS was provided with pre-recorded official police funds, to conduct the controlled purchase of the agreed upon quantity of cocaine base from Parrish WILLIAMS. The CS went directly to the 3900 block of Elberon Court and met with Parrish WILLIAMS, who distributed the agreed upon quantity of cocaine base to the CS in exchange for pre-recorded

official police funds. The CS subsequently relinquished the purchased cocaine base to this affiant. During the controlled cocaine base purchase, law enforcement personnel conducting surveillance observed Parrish WILLIAMS arrive in the 3900 block of Elberon Court in a green Lexus 4-door LS bearing Virginia tags VVP-14xx. Parrish WILLIAMS then entered and exited the residence of 3918 Elberon Court, Apartment D, and then distributed the agreed upon quantity of cocaine base to the CS. Law enforcement conducted post-buy surveillance on Parrish WILLIAMS who drove away in the green Lexus 4-door LS bearing Virginia tags VVP-14xx immediately after the controlled buy operation, and directly to the front of the **306 Newbridge Road** apartment building in Henrico County, Virginia.

16. On June 1, 2017, this affiant located the green Lexus 4-door LS bearing Virginia tags VVP-14xx (vehicle identification number JTHCL46F6950001xx) driven by Parrish WILLIAMS and found that this vehicle is registered through the Virginia Department of Motor Vehicles to the identified co-conspirator, with a customer address of 3918 Elberon Court, Apartment D, Richmond, Virginia.

17. On June 6, 2017, this affiant observed Parrish WILLIAMS driving the green Lexus 4-door LS bearing Virginia tags VVP-14xx, in Henrico County, Virginia.

18. On June 7, 2017, this affiant observed green Lexus 4-door LS bearing Virginia tags VVP-14xx parked in front of the **306 Newbridge Road** apartment building in Henrico County, Virginia and observed the brown Hyundai Sonata bearing Virginia tags VTX-68xx in front of the 3918 Elberon Court building.

19. On June 9, 2017, this affiant observed the green Lexus 4-door LS bearing Virginia tags VVP-14xx parked in front of the **306 Newbridge Road** apartment building in Henrico County, Virginia.

20. On June 21, 2017, the CS relayed to law enforcement that Parrish WILLIAMS would be "re-upping" (i.e. obtaining additional cocaine for distribution) within the next several days.

21. On June 22, 2017, this affiant received subscriber information from AT&T. According to AT&T records, telephone number (804) 402-33xx is subscribed to Parrish WILLIAMS, 3918 Elberon Court, Apartment D, Richmond, VA 23222.

22. On June 23, 2017, this affiant executed a search warrant through AT&T for real-time location data of Parrish WILLIAMS' cellular phone number (804) 721-61xx.

23. On June 26, 2017, this affiant and Officer Gaines utilized the CS to arrange and conduct a controlled purchase of a significant quantity cocaine base in exchange for $1,475.00 in United States currency from Parrish WILLIAMS. Prior to the controlled purchase of cocaine base, the CS made contact with Parrish WILLIAMS on Parrish WILLIAMS' cellular phone number (804) 721-61xx, who instructed the CS to meet in the 3900 block of Elberon Court, Richmond, Virginia. The CS was provided with pre-recorded official police funds, to conduct the controlled purchase of the agreed upon quantity of cocaine base from Parrish WILLIAMS. The CS went directly to the 3900 block of Elberon Court and met with Parrish WILLIAMS, who distributed the agreed upon quantity of cocaine base to the CS in exchange for pre-recorded official police funds. The CS subsequently relinquished the purchased cocaine base to this affiant. Prior to and after the controlled buy, the CS was searched for United States currency and contraband with negative results.

24. During the controlled cocaine base purchase, law enforcement personnel conducting surveillance observed Parrish WILLIAMS's green Lexus 4-door LS bearing Virginia tags VVP-14xx parked in front of the 3918 Elberon Court building. Parrish WILLIAMS then exited the residence of 3918 Elberon Court, Apartment D, and subsequently distributed the agreed upon quantity of cocaine base to the CS. Parrish WILLIAMS then entered and exited his green Lexus 4-door LS bearing Virginia tags VVP-14xx and then re-entered 3918 Elberon Court, Apartment D. This affiant subsequently received the laboratory analysis for the cocaine base purchased from Parrish WILLIAMS on June 26, 2017 from the DEA Mid-Atlantic laboratory, which found that the narcotics sold to the CS by Parrish WILLIAMS was in fact cocaine base, commonly known as "crack," with a net weight of 31.8080 grams.

25. On June 27, 2017, this affiant observed the green Lexus 4-door LS bearing Virginia tags VVP-14xx parked in front of the **306 Newbridge Road** apartment building in Henrico County, Virginia.

26. On July 5, 2017, this affiant observed the green Lexus 4-door LS bearing Virginia tags VVP-14xx parked in front of the **306 Newbridge Road** apartment building in Henrico County, Virginia.

27. On July 5, 2017, it was determined through toll and police database analysis of Parrish WILLIAMS's cellular phone number (804) 721-61xx that he (Parrish WILLIAMS) is in frequent continuous contact with Tiara NELSON on his (Parrish WILLIAMS') second cellular phone, (804) 402-33xx, and law enforcement has also determined that this second phone is primarily utilized by Tiara NELSON and not Parrish WILLIAMS. This includes an analysis of a recent 30-day period of time, showing approximately 387 connections/calls/text messages between Parrish WILLIAMS's (804) 721-61xx cellular number, and Tiara NELSON's (804) 402-33xx cellular number (under subscriber Parrish WILLIAMS's name). Further analysis of cellular phone (804) 402-33xx, shows that Tiara NELSON was in contact with her relative, Jacquette NELSON, approximately 164 times in a recent 30-day period, further showing that Tiara NELSON is the primary operator of (804) 402-33xx, subscribed under Parrish WILLIAMS's name, and thus linking Parrish WILLIAMS to Tiara NELSON's apartment at **306 Newbridge Road, Apartment 111.**

28. On July 5, 2017, this affiant received a tenant list for the Newbridge Village Apartment complex in Henrico County, Virginia, and found that Tiara NELSON is the head tenant of **306 Newbridge Road, Apartment 111.**

29. From June 23, 2017 through July 23, 2017, electronic surveillance has placed the location of Parrish WILLIAMS's cellular phone number (804) 721-61xx from the evening hours through early morning hours in the immediate area of **the 306 Newbridge Road** apartment building. This, along with physical surveillance conducted by this affiant with regard to where Parrish WILLIAMS's 2009 green Lexus 4-door LS bearing Virginia tags VVP-14xx (prior to July 11, 2017) and Parrish WILLIAMS's black Infiniti Q50 4 door sedan bearing Virginia license plates VNC-50xx rental vehicle (since July 11, 2017) has been observed

parked in front of the **306 Newbridge Road** apartment building, which indicates that Parrish WILLIAMS sleeps/resides at an apartment in the **306 Newbridge Road** apartment building. Parrish WILLIAMS telephone toll analysis directly links him (Parrish WILLIAMS) to the tenant in Apartment 111, Tiara NELSON, as described in the preceding paragraphs of this affidavit.

30. On July 11, 2017, this affiant observed WILLIAMS' 2009 green Lexus 4-door LS bearing Virginia tags VVP-14xx in front of the 3918 Elberon Court building. There was a large amount of damage to the rear driver's side of the vehicle and the bumper was partially hanging off of the vehicle.

31. On July 12, 2017, this affiant observed a black Infiniti Q50 4 door sedan bearing Virginia license plate VNC-50xx parked directly in front of the 306 Newbridge Road apartment building, and later during the day observed that same vehicle being driven by Parrish WILLIAMS, who was leaving the Newbridge Apartment complex near building 306.

32. On July 13, 2017, the CS relayed to this affiant that the CS had spoken to Parrish WILLIAMS and he was "good" to distribute a large quantity of cocaine base to the CS, when the CS was ready to purchase it (i.e. cocaine base).

33. On July 17, 2017, this affiant observed the black Infiniti Q50 4 door sedan bearing Virginia license plates VNC-50xx parked directly in front of the **306 Newbridge Road** apartment building, and again later that same day parked directly in front of the 3918 Elberon Court building.

34. On July 18, 2017, this affiant observed Parrish WILLIAMS driving the black Infiniti Q50 4 door sedan bearing Virginia license plate VNC-50xx on Laburnum Avenue in Henrico County's east end.

35. On July 18 2017, this affiant obtained a sealed indictment returned by a Richmond, Virginia federal Grand Jury that charged Parrish WILLIAMS with four counts of Distribution of Cocaine Base and Aiding and Abetting in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

36. On July 18, 2017, the CS relayed to this affiant that the CS had spoken to Parrish WILLIAMS and he was still "good" to distribute a large quantity of cocaine base to the CS, when the CS was ready to purchase it (cocaine base).

37. On July 19, 2017, the CS relayed to this affiant that the CS had spoken to Parrish WILLIAMS and that Parrish WILLIAMS had sold all of the cocaine base he had, but would be "re-upping" this weekend, and therefore would be able to distribute "whatever amount (of cocaine base) that the CS needed at the spot by Sunday" (07-23-2017). The CS relayed to this affiant that "the spot" is the 3918 Elberon Court, Apartment D address.

38. This affiant knows through training and experience that "re-up" is a common term used by drug traffickers to mean that they will be receiving a new shipment/distributable quantity of drugs for re-sale to their customers.

39. On July 19, 2017, this affiant observed the black Infiniti Q50 4 door sedan bearing Virginia license plates VNC-50xx and black in color parked directly in front of the **306 Newbridge Road** apartment building.

40. On July 19, 2017, this affiant learned from Enterprise Rental Company that the black Infiniti Q50 4 door sedan bearing Virginia license plates VNC-50xx is currently being rented by Parrish WILLIAMS with the listed primary and work phone number as (804) 721-61xx as an insurance rental vehicle for the time period of July 11, 2017 to July 26, 2017 while Parrish WILLIAMS's Lexus is being repaired at Lexus of Richmond.

41. On July 19, 2017, this affiant observed the black Infiniti Q50 4 door sedan bearing Virginia license plates VNC-50xx parked directly in front of the 3918 Elberon Court building.

42. On July 24, 2017, the CS relayed to this affiant that the CS had spoken to Parrish WILLIAMS on July 23, 2017, and that Parrish WILLIAMS had "re-upped" and was able to sell "whatever amount (of cocaine base) the CS needed".

43. During the course of this investigation, and based on the foregoing, this affiant has concluded that Parrish WILLIAMS stores and distributes his (Parrish WILLIAMS's) drugs

at **3918 Elberon Court, Apartment D** and resides at **306 Newbridge Road, Apartment 111.**

44. This affiant has also determined that Parrish WILLIAMS utilizes an identified co-conspirator to aid and abet WILLIAMS in the distribution of drugs, as well as serve as a nominee for Parrish WILLIAMS' 2009 green Lexus 4-door LS bearing Virginia tags VVP-14xx through the Virginia Department of Motor Vehicles.

45. This affiant knows through training and experience that distributors of illegal narcotics typically maintain a "stash house" location to store and sell their drugs, separate from their place of residence which is often used to store currency. Furthermore, as has been established in this affidavit, there is probable cause to believe that Parrish WILLIAMS utilizes 3918 Elberon Court, Apartment D, to store his cocaine, and where his co-conspirator is the tenant of record, and furthermore, there is probable cause to believe that Parrish WILLIAMS utilizes **306 Newbridge Road, Apartment 111**, to store cash and other proceeds of his drug trafficking activity, and where Tiara NELSON is the tenant of record.

46. Based on the information contained in herein, this affiant is requesting a document search warrant for the residence located at **306 Newbridge Road, Apartment 111**, Richmond, Virginia, and a drug search warrant for 3918 Elberon Court, Apartment D, Richmond, Virginia where evidence of Parrish WILLIAMS' violations of Title 21, United States Code, Sections 846 and 841(a)(1), to wit: conspiracy to distribute and possession with the intent to distribute cocaine base as set forth in greater detail in Attachment B.

_____
D. S. Philips
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed before me
This ___ day of July 2017, Richmond, Virginia.

/S/
David J. Novak
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

IN THE MATTER OF THE SEARCH OF: )
The residential property located at ) Crim. No. 3:17 SW 155
306 Newbridge Road, Apartment 111 )
Richmond, Virginia 23223 )

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

The residence to be searched is described as a single family apartment located in the Newbridge Apartment complex in Richmond, Virginia. The residence is located in a multi-apartment building that is yellow in color, with the numbers "306" clearly posted on the front of the building, and the numbers "111" are clearly posted on the door to the residence.

## ATTACHMENT B - ITEMS TO BE SEIZED

1. Books, records, receipts, notes, ledgers, and other papers relating to the transporting, ordering, purchasing, and distributing of controlled substances;

2. Papers, tickets, notes, receipts, and other items relating to domestic and international travel;

3. Invoices, records of real estate transactions (whether rented or owned property), bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, and cashier's checks, bank checks, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transferring, and/or concealment of assets and the obtaining, secreting, transferring, concealing, and/or expending of money;

4. Electronic equipment, such as computers, telex machines, facsimile machines, currency counting machines, telephone answering machines (including listening to any messages recorded on such machines), and related manuals used to generate, transfer, count, record, and/or store the information described in items 3, 4, 5, and 11 of this exhibit. Additionally, computer software, tapes, discs, audio tapes, storage devices, thumb drives, flash drives, and the contents therein, containing the information generated by the aforementioned electronic equipment;

5. Photographs, including still photographs, negatives, video tapes, films, undeveloped film and the contents therein, slides, in particular photographs of co-conspirators, assets, and/or controlled substances;

6. United States currency, precious metals, jewelry, and financial instruments, including stocks and bonds;

7. Address and/or telephone books, rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax machines, and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists;

8. Indicia of occupancy, residency, rental, and/or ownership of the premises to be searched, including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase, or lease agreements, and keys;

9. Cellular telephones, portable cellular telephones, electronic pagers, and any stored electronic communications contained therein.

10. Scales, containers, mixers, cutting tools, packaging materials, beaters, burners, and any other drug paraphernalia used in manufacturing, diluting, packaging, and distributing controlled substances.

11. Cellular telephones, portable cellular telephones, electronic pagers, and any stored electronic communications contained therein.